2020R01224/SB

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton, USDJ |
| | : | |
| v. | : | Crim. No. 22-833 |
| | : | |
| ANTONIO DEL PRADO | : | Count One |
| | : | 18 U.S.C. §§ 2251(a), 2251(e), & |
| | : | 18 U.S.C. § 2 |
| | : | (Production of Child |
| | : | Pornography) |
| | : | |
| | : | Count Two |
| | : | 18 U.S.C. §§ 2251(c) & 2251(e) |
| | : | (Production of Child |
| | : | Pornography with Intent to |
| | : | Transport) |

**I N F O R M A T I O N**

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

**COUNT ONE**
(Production of Child Pornography)

On or about August 5, 2019, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

ANTONIO DEL PRADO,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim-1, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction and transmitting a live visual depiction of such conduct knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and

in and affecting interstate and foreign commerce, including by computer and the internet.

In violation of Title 18, United States Code, Sections 2251(a), 2251(e), and Section 2.

**COUNT TWO**
(Production of Child Pornography with Intent to Transport
into the United States)

On or about March 11, 2019, in the District of New Jersey, and the Philippines, the defendant,

ANTONIO DEL PRADO,

employed, used, persuaded, induced, enticed, and coerced a person under 18 years of age, that is, Minor Victim-2, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), outside the United States, its territories, and possessions, for the purpose of producing a visual depiction of such conduct, and intended such visual depiction to be transported to the United States by any means, including by using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(c) and 2251(e).

## FORFEITURE ALLEGATION

1. The allegations set forth above are realleged and incorporated herein by reference.

2. Upon conviction of the violations of 18 U.S.C. § 2251 charged in Counts One and Two of this Information, defendant ANTONIO DEL PRADO shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his right, title and interest in the following:

- (a) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. Part I, Chapter 110;

- (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in this Information, and all property traceable to such property; and

- (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, and all property traceable to such property.

3. The property to be forfeited includes, but is not limited to, all of the defendant's right, title, and interest in the following item(s) that were seized on or about November 10, 2020:

- (a) Apple Computer Tower (S/N NS2010LT08017);
- (b) Acer Aspire Computer Tower (S/N DTSQHAA001321031AF3000);
- (c) E-Machines Computer Tower (S/N 84101730390) and Cord;
- (d) Lenovo Laptop (S/N PC0A71YP) and Cord;
- (e) HP Laptop (S/N 5CG64354FS) and Cord;
- (f) Samsung SSD Drive (S/N 55VSNGDN711112P);
- (g) Samsung Galaxy Note 8;

    (h)    Amazon Tablet with Case;

    (i)    Seagate Hard Drive (S/N 5QH00Q68);

    (j)    Western Digital Hard Drive (S/N WMABC3199655);

    (k)    Maxtor Hard Drive (S/N N402TYZC);

    (l)    Western Digital Hard Drive (S/N WMALC1264775);

    (m)    Western Digital Hard Drive (S/N WCAL95768053);

    (n)    Dell XPS Computer Tower (S/N 4Q8P8P1);

    (o)    Apple iPhone (white in color);

    (p)    Samsung Galaxy S9 with Case;

    (q)    Apple iPhone S (black in color);

    (r)    Nine DVDs/CDs;

    (s)    Logi Headset;

    (t)    Plantronics Headset; and

    (u)    Green T-Shirt with "Ruby Worthy" on the Top Left Shoulder.

## **Substitute Assets Provision**

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

                                                     */s/ Philip R. Sellinger*
                                                     PHILIP R. SELLINGER
                                                     United States Attorney